PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court
## for the
### DISTRICT OF MINNESOTA

**United States v. Albert Arnold Garcia Jr.**

**Docket No. 0:09CR00313-001(MJD)**

**Petition on Supervised Release**

RECEIVED

MAR 12 2012

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **James J. Weinberger**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Albert Arnold Garcia Jr.** who was sentenced for Possession with Intent to Distribute 5 Grams or More of "Actual" Methamphetamine on February 25, 2010, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
No contact with coconspirator
Employment required

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

STANDARD CONDITION: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

STANDARD CONDITION: The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

During a conversation on August 15, 2011, the undersigned informed Mr. Garcia that he was not allowed to work as a paralegal, work for a law firm, or as an attorney. The defendant stated that he was working as a lobbyist and that he would provide the undersigned with contact information for his clients in order to make third party risk notifications.

On February 9, 2012, Deb Barnard, an investigator with the Hennepin County, Minnesota, Attorney's Office, informed this officer that Mr. Garcia had multiple contact visits with felons who were incarcerated in the Hennepin County Jail. Ms. Barnard advised that the defendant and an attorney, Adam Terwey, had met with inmates. According to a February 24, 2012, report from Ms. Barnard, between December 1, 2011, and February 6, 2012, the defendant and Mr. Terwey had contact jail visits with six inmates who were either convicted felons, or they were charged with felonies. It was noted that the offender was denied a sole contact visit when jail staff realized that he was no longer an attorney. On February 14, 2012, Mr. Garcia admitted to this officer that he had been working with Terwey as a paralegal on gross misdemeanor cases

SCANNED MAR 12 2012 U.S. DISTRICT COURT MPLS

Summons Issued 3/12/12
cc: USA, PO, Prob, USM, Chambers

The defendant admitted that he did not inform the undersigned that he was working with Terwey. During a subsequent telephone call with this officer, Terwey advised that the defendant worked with him as a consultant.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Honorable Chief Judge Michael J. Davis for a combined initial appearance and final revocation hearing to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

|  |  |
|---|---|
| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 12 day of March, 2012, and ordered filed and made a part of the records in the above case. | *James J. Weinberger* (signature) |
| *Michael J. Davis* (signature) | James J. Weinberger |
| Honorable Michael J. Davis | U.S. Probation Officer |
| Chief U.S. District Judge | Telephone: 612-664-5412 |
|  | Executed on   March 8, 2012 |
|  | Place   Minneapolis |
|  | Approved: |
|  | *Julie M. Belt* (signature) |
|  | Julie M. Belt |
|  | Supervising U.S. Probation Officer |