## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-313(1) (DWF/JJG) |
| Plaintiff, | |
| v. | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE** |
| Albert Arnold Garcia, Jr., | |
| Defendant. | |

The above named Defendant appeared on Thursday, May 10, 2012, for a Final Revocation Hearing regarding a violation of supervised release. At the hearing, the Defendant admitted the allegations. Therefore, **IT IS HEREBY ORDERED** that:

1. The Defendant shall continue on supervised release with the following additional terms and conditions of supervised release:

    A. The Defendant is prohibited from engaging in, or consulting on, any criminal matter for income. In addition, he is not allowed to work as a lawyer, paralegal, or engage in any type of legal work during the term of supervision. The Defendant is prohibited from working for a law firm or having a law firm as a client during the term of supervision. The Defendant must obtain approval, from the probation officer, prior to accepting any new employment, clients, or consultations that would provide him with income.

    B. The Defendant shall perform 50 hours of community service, as approved by the probation officer.

    2.    All other terms and conditions of supervised release previously imposed shall remain in effect.


Dated: May 11, 2012                          s/Donovan W. Frank
                                                       DONOVAN W. FRANK
                                                       United States District Judge